41 A.3d 852

Clyde McGRIFF, Appellant

v.

PENNSYLVANIA BOARD OF PROBATION
AND PAROLE, Appellee.

Supreme Court of Pennsylvania.

March 26, 2012.

## ORDER

PER CURIAM.

**AND NOW,** this 26th day of March, 2012, the order of the Commonwealth Court is hereby **AFFIRMED.**

Jurisdiction relinquished.